**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **WILLIE HARRISON, #K61673,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-cv-02205-NJR |
| ) | |
| **PHILLIP MARTIN, VIPIN SHAH,** ) | |
| **NURSE CUMMINS, and** ) | |
| **NURSE CHLEBOWSKI,** ) | |
| ) | |
| Defendants. ) | |

# NOTICE AND ORDER

This matter is before the Court upon a *sua sponte* review of the record. The Court screened Plaintiff's Amended Complaint pursuant to 28 U.S.C. § 1915A on January 29, 2019 ("Screening Order").[1] Pursuant to the Screening Order, Defendants Dr. Vipin Shah, Nurse Cummins, and Nurse Chlebowski were sent requests for Waiver of Service of Summons on January 30, 2019, and each Defendant executed and returned the Waivers. Defendants' responsive pleadings were due on April 1, 2019. To date, each Defendant has failed to move, answer, or otherwise plead in response to the Amended Complaint.

The Federal Rules of Civil Procedure provide that the Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED. R. CIV. P. 55(a). Accordingly, the Court **ORDERS** as follows:

---

[1] The Screening Order directed Defendants to "timely file an appropriate responsive pleading to the Amended Complaint" and states that Defendants "shall not waive filing a reply pursuant to 42 U.S.C. § 1997e(g)." (Doc. 8, p. 9). Because the Court specifically ordered Defendants to respond to the Amended Complaint, Defendants cannot rely on the Prison Litigation Reform Act to avoid the entry of default. 42 U.S.C. § 1997e(g)(2). *See* e.g., *Vinning v. Walks*, 2009 WL 839052, *1 n.2 (S.D. Ill. Mar. 31, 2009) (default against defendant was proper because the Court exercised its authority under 42 U.S.C. § 1997e(g)(2) by directing the defendant to file a reply to plaintiff's complaint, and the defendant "disregarded that direct [o]rder").

(1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Defendants Dr. Vipin Shah, Nurse Cummins, and Nurse Chlebowski in accordance with Federal Rule of Civil Procedure 55(a).

(2) Plaintiff is **ORDERED** to move for default judgment against Defendants Dr. Vipin Shah, Nurse Cummins, and Nurse Chlebowski on or before **May 7, 2019**, in accordance with Federal Rule of Civil Procedure 55(b).

(3) If Plaintiff fails to move for default judgment as set forth in this Order, this entire action will be dismissed as to each Defendant for failure to prosecute and/or failure to comply with an order of the Court.

(4) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and to each individual Defendant.

**DATED:** April 15, 2019

  _____
  **NANCY J. ROSENSTENGEL**
  **Chief U.S. District Judge**